**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 20, 2026

**BY ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. $70,000.00*
26 Civ. 3016 (KPF)

**MEMO ENDORSED**

Dear Judge Failla:

The Government respectfully submits this letter requesting adjournment *sine die* of the initial conference scheduled for tomorrow, July 21, 2026, at 11 a.m. in the above-captioned matter. As the Court is aware, this civil forfeiture action was commenced on April 13, 2026. No persons or entities are named as a defendant; rather, this is an action *in rem* brought under the asset forfeiture laws of the United States. The Government alleges that the Defendant-*in-rem* should be forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(A) as property involved in money laundering. In accordance with the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims (the "Supplemental Rules"), which govern civil forfeiture actions, potentially interested third parties have until September 6, 2026, to file a claim to oppose the Government's forfeiture of the Defendant-*in-rem*. To date, no claims have been filed.

In the event that no claims are filed on or before September 6, 2026, the Government will move this Court for the entry of a Judgment of Forfeiture forfeiting the Defendant-*in-rem* to the Government. In the event a claim is filed, the claim would then need to be resolved and the Government would request that the Court set a new date for an initial conference.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: _*/s/ Emily Deininger*_
Emily Deininger
Assistant United States Attorney
(212) 637-2472

Application GRANTED. The Initial Pretrial Conference currently scheduled for July 20, 2026, is ADJOURNED *sine die*, to be rescheduled if and when any interested third parties appear in the case.

The Government shall file either a motion for default judgment, or a status letter updating the Court on or before **September 7, 2026.**

Dated: July 20, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE