UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

Plaintiff,

-v.-

$70,000.00 IN UNITED STATES CURRENCY,

Defendant-*in-rem*.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGMENT OF FORFEITURE

26 Civ. 3016 (KPF)

WHEREAS, on or about March 18, 2026, the United States of America (the "Government") commenced an *in rem* forfeiture action seeking the forfeiture of the following property by filing a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. $70,000.00 in United States currency, seized on or about November 16, 2015

(the "Defendant-*in-rem*");

WHEREAS, the Verified Complaint alleged that the Defendant-*in-rem* is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(A), because the Defendant-*in-rem* constitutes property involved in money laundering transactions of proceeds from specified unlawful activity, in violation of Title 18, United States Code, Section 1956;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on July 8, 2026, through August 6, 2026, and proof of such publication has been filed with the Clerk of this Court;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Defendant-*in-rem* shall be, and the same hereby is, forfeited to the plaintiff United States of America.

2. The United States Marshals Service (or its designee) shall dispose of the Defendant-*in-rem*, according to law.

Dated: September 25, 2026
New York, New York

SO ORDERED:

Katherine Polk Failla

HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.